KNICKERBOCKER LIFE INSURANCE COMPANY V. HILL.

*Receiver — of rents and profits — when order appointing will not be disturbed.*

Upon an appeal from an order at the special term appointing a receiver of the rents and profits of mortgaged premises after a default, and pending a foreclosure action where the mortgage contained a stipulation that the mortgagees should be entitled, under such circumstances, to a receiver, the defense alleged was usury, but that was not positively sworn to, but only on information and belief ; *held*, that the order should be affirmed.

APPEAL by defendants from an order at special term appointing a receiver of rents and profits.

The action was brought against Charles A. Hill and others to foreclose a mortgage.

*Philip Reilly* and *John H. Bergen*, for appellants.

*H. W. Johnson*, for respondent.

TALCOTT, J.

The head-note contains a full statement of the only point passed upon in the opinion.

*Order affirmed.*

_____

BRYSON V. SHERIDAN.

APPEALS by defendant, Bernard Sheridan, from orders at the special term denying motions to set aside judgments.

The judgments, two in number, were recovered, one by Thomas Bryson and another, and the other by Thomas Bryson against the defendant in actions to set aside a deed and mortgage.

*Edward M. Shepard*, for appellant.

*F. A. Ward*, for respondent.

TALCOTT, J.

The orders were affirmed on the ground that the judgments were entered upon the basis of an agreement between plaintiff's and defendant's attorneys, made in the presence of defendant, and that defendant had assented to the same. No point of any general importance was passed upon in the opinion.

*Order affirmed.*